UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO RANDLE | CIVIL ACTION |
| VERSUS | NO. 12-1567 |
| CITY OF GRETNA ET AL | SECTION "S" (4) |

## O R D E R

The record reflects that service has not been effected upon the defendants City of Gretna, Gretna Police Department, Jefferson Parish Sheriff's Office, Arthur S. Lawson, Jr., Newell Normand, and Stephen Arnold.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly,

IT IS ORDERED that plaintiff show good cause in writing within thirty days why service of process has not been effected, or the unserved defendants will be dismissed without notice.

New Orleans, Louisiana, this 23rd day of January, 2013.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE