UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO RANDLE                                              CIVIL ACTION

VERSUS                                                              NO. 12-1567

GRETNA CITY ET AL                                          SECTION "S"

ORDER OF DISMISSAL

The record reflects that counsel has failed to show good cause why service of process has not been effected upon the defendants Gretna City, Gretna Police Department, Jefferson Parish Sheriff's Office, Arthur S. Lawson, Jr., Newell Normand, and Stephen Arnold.

Accordingly,

IT IS ORDERED that the claims of plaintiff against the defendants Gretna City, Gretna Police Department, Jefferson Parish Sheriff's Office, Arthur S. Lawson, Jr., Newell Normand, and Stephen Arnold are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this   28th   day of February, 2013.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE